# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MD81 | 9546084 | Hornsby | 4023 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☐ USC ☑ State Code |
|---|---|
| 02/08/2020 1017 | MTA 21.801.1 |

Place of Offense: MD 175 / Clark

Offense Description: Factual Basis for Charge   HAZMAT ☐

Exceeding posted speed limit by 10 to 19 mph
& 59 MPH in 40 MPH zone

### DEFENDANT INFORMATION

Last Name: Ilkhan
First Name: Omid

| Tag No. | State | Year | Maker/Model | PASS | Color |
|---|---|---|---|---|---|
| 2A28730 | MD | 19 | Chev/Silverado | | White |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☑ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 90 Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT AT www.cvb.uscourts.gov
$ 120 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: ___   Date: ___   Time: ___

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*9546084*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 08 February, 20 20 while exercising my duties as a law enforcement officer in the Fort Meade District of Maryland

[blank lines]

The foregoing statement is based upon:
☑ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 02/08/2020
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ___
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 02/26/2020 17:17